**Order entered July 15, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01620-CR

### JORGE ALVARADO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F11-25903-Y

## ORDER

The Court **REINSTATES** the appeal.

On June 26, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent; (3) appellant was represented by Nanette Hendrickson of the Dallas County Public Defender's Office; (4) Ms. Hendrickson determined that her office also represents appellant's codefendant on appeal; (5) the trial court appointed Daniel Oliphant as appellant's new counsel in place of Ms. Hendrickson; and (6) Mr. Oliphant requires forty-five days from the July 9, 2013 hearing to file appellant's brief.

We **DIRECT** the Clerk of this Court to substitute Daniel Oliphant as appellant's appointed attorney of record in place of Nanette Hendrickson.

We **ORDER** appellant to file his brief by **SEPTEMBER 2, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
        JUSTICE